## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Conner P. Rudge**<br>DOB: 1991; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-01033MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about September 12, 2024, in the District of Arizona, **Conner P. Rudge**, knowing or in reckless disregard that certain aliens, including Ramiro Tovar-Gomez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about September 12, 2024, in the District of Arizona, **Conner P. Rudge**, knowing that certain illegal aliens, including Ramiro Tovar-Gomez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1) and Title 18 United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 12, 2024, in the District of Arizona (Menegers), at approximately 6:20 p.m., an IFT camera operator observed a red Chevrolet Silverado enter the village of Menegers, Arizona from Federal Route (FR) 1, on the Tohono O'odham Nation. The IFT operator noticed the vehicle was driving in a manner indicating that it was unfamiliar with the village as it turned around multiple times and parked at numerous different areas throughout the village. The IFT camera operator observed this behavior for about three hours and during that time, a concerned citizen from the village of Menegers reported this suspicious vehicle to the Ajo Border Patrol Station. At approximately 9:15 p.m., the IFT operator observed the vehicle drive to the west side of the village where three subjects exited the brush and walked towards the vehicle. After unsuccessfully trying to get into a different vehicle, the three subjects entered the red Chevrolet Silverado, and the vehicle was observed exiting the village northbound on FR 1 at approximately 9:30 p.m. BPAs positioned near mile marker 5 on FR 1, observed the vehicle traveling northbound and began following it at a distance. BPAs observed the vehicle pull off to the westside of FR 1 onto the 7-13 dirt road. As BPAs entered the 7-13 road, the vehicle spun its tires and attempted to quickly turn around, driving over a boulder and brush, then proceeded to reenter FR 1 northbound. As the Silverado approached mile marker 18.5, it pulled off to the side of the road, the passenger doors opened, and three subjects ran from the truck. The BPAs behind the vehicle were able to apprehend two of the three subjects immediately, and apprehended the third subject, Ramiro Tovar-Gomez, shortly thereafter. Other responding BPAs, found the Silverado pulled over approximately a quarter mile north of the bailout. BPAs parked their vehicle in front of the Silverado, gave commands and took the driver, **Conner P. RUDGE**, into custody.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Ramiro Tovar-Gomez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*/s/ B Shutt/*<br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone _X_<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Eric J Markovich/* | DATE<br>September 13, 2024 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Siegel

24-01033MJ

**Continued from front page.**

BPAs conducted an immigration inspection on the three subjects who ran from the vehicle, to include Ramiro Tovar-Gomez, and determined they were citizens of Mexico, illegally present in the United States. Records checks revealed that Ramiro Tovar-Gomez does not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Ramiro Tovar-Gomez stated he is a citizen of Mexico, and he was going to pay $11,000 to be smuggled into the United States. Tovar stated he illegally crossed into the United States, walked through the desert, and entered a red vehicle. Tovar stated he was instructed to lay down in the front seat by the driver of the vehicle.

After waiving his *Miranda* rights, **RUDGE** stated he is currently homeless, living in Tucson, Arizona. **RUDGE** stated he was contacted by an individual who offered him $3,600 to pick up a group of people near the United States/Mexico border and transport them to Phoenix, Arizona. **RUDGE** stated he would be paid after the job was completed. **RUDGE** stated this same individual had offered him similar jobs in the past, but he declined these jobs due to not being under the same financial constraints he is currently experiencing. **RUDGE** stated he went to a Circle K parking lot where a vehicle was delivered to him. **RUDGE** stated he then drove from Tucson towards the United States/Mexico border via State Route 86, and he was directed to the pickup location with GPS coordinates. **RUDGE** stated after receiving the final GPS location, he was instructed to wait in the area for 10 to 15 minutes before leaving and to look out for law enforcement. **RUDGE** stated when BPAs attempted to stop the vehicle, he intended to flee but decided on not doing so after realizing he would not be able to escape due to being unfamiliar with the area.